UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-22470-CIV-MARTINEZ-OTAZO-REYES

ISAAC GABRIEL MANCHINELLI
GRANADOS, as Personal Representative of the
ESTATE OF JUAN CARLOS ARELLANO
JIMENEZ,

  Petitioner,

v.

HSBC BANK U.S.A., N.A., *et al.*,

  Respondents.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

  THIS MATTER was referred to the Honorable Alicia Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on Petitioner Isaac Gabriel Manchinelli Granados's ("Petitioner"), as Personal Representative of the Estate of Juan Carlos Arellano Jimenez (the "Estate"), Renewed Motion for Remand ("Motion") (ECF No. 10). Judge Otazo-Reyes held a hearing on the matter (*See* ECF No. 34), and subsequently filed a Report and Recommendation ("R&R") (ECF No. 39). The R&R recommends that Plaintiffs' Motion be GRANTED. Respondent HSBC Bank U.S.A., N.A. ("HSBC Bank") timely filed objections (ECF No. 40). The Court has reviewed the entire file and record, has made a *de novo* review of the issues that HSBC Bank's objections present, and is otherwise fully advised in the premises. After careful consideration, the Court has determined that the objections are without merit and **ADOPTS** Magistrate Judge Otazo-Reyes's R&R in its entirety.

  HSBC Bank only disputes the Magistrate Judge's analysis of fraudulent joinder. The Court

1

finds that HSBC Bank's objections are addressed in Judge Otazo-Reyes's well-reasoned R&R and does not find it necessary to re-address them in this Order. Nevertheless, the Court will entertain HSBC Bank's first objection, namely, that Magistrate Judge Otazo-Reyes failed to properly consider the declarations and evidence submitted by HSBC Bank. The Court disagrees with HSBC Bank. The R&R acknowledges the Court's responsibility to "consider affidavits and deposition transcripts submitted by the parties." (R&R, at 9, ECF No. 39). While not directly citing to the affidavits, it is clear from the hearing transcript and the analysis in the R&R that Judge Otazo-Reyes took into consideration the affidavits and the complete record before her. (*See* Hearing Transcript, 27:7–28:25, ECF No. 34). During the hearing, HSBC Bank presented arguments regarding these affidavits and Judge Otazo-Reyes inquired about HSBC Bank's theory. *Id.*

As aptly noted in the R&R, a plaintiff need only "have a *possibility* of stating a valid cause of action in order for the joinder to be legitimate." (R&R, at 38, ECF No. 39 (citing *Triggs v. John Crump Toyota, Inc.*, 154 F.3d 1284, 1287 (11th Cir. 1998)). Indeed, "a plaintiff need not have a winning case against the allegedly fraudulent defendant; he need only have a possibility of stating a valid cause of action in order for the joinder to be legitimate." *Stilwell v. Allstate Ins. Co.*, 663 F.3d 1329, 1332 (11th Cir. 2011) (quoting *Triggs*, 154 F.3d at 1287)). Here, the dispute centers around eight accounts which the parties concede were held, and may still be held, at HSBC Mexico. (*See* R&R, at 10; Hearing Transcript, at 21:22–25; Objections, at 7, ECF No. 40; *cf.* ECF No. 18-2, at 3). Because the location of the assets is in dispute, it cannot be said that there is *no possibility* of stating a valid cause of action against HSBC Mexico, who at one point held the accounts in its possession. *Id.* Given this dispute, it similarly cannot be found there is "outright fraud in Petitioner's pleading of jurisdictional facts[,]" as HSBC Bank argues. (Objections, at 7). The Court, thus, agrees with Magistrate Judge Otazo-Reyes that HSBC Bank has not met its high

burden and that the case should be remanded for lack of subject matter jurisdiction.

Accordingly, it is hereby,

**ORDERED and ADJUDGED** that

1. United States Magistrate Judge Otazo-Reyes's Report and Recommendation (ECF No. 39) is **AFFIRMED** and **ADOPTED**.

2. Petitioner's Renewed Motion for Remand (ECF No. 10) is **GRANTED**.

3. This case is **REMANDED** to the Circuit Court for the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida.

4. This case is **CLOSED** and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of November, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record